**Order entered October 9, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00830-CR

### EX PARTE JOSE AMAYA

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX11-90031-R**

## ORDER

On September 11, 2013, this Court ordered the trial court to file a supplemental clerk's record containing: (1) the June 26, 2012 order denying appellant's application for writ of habeas corpus; (2) appellant's August 24, 2011 application for writ of habeas corpus and memorandum of law in support of application for writ of habeas corpus, including all attachments; (3) the State's September 22, 2011 response to the application for writ of habeas corpus, including all attachments; (4) the contents of the file from trial court no. F03-34685-R; and (5) the trial court's rule 25.2 certification of appellant's right to appeal. On September 11, 2013, we received a supplemental record containing the trial court's rule 25.2 certification and the June 26, 2013 order denying habeas corpus relief. We have not, however, received the remaining documents. The appeal cannot proceed until we have received all of the documents ordered.

Accordingly, we **ORDER** Dallas County District Clerk Gary Fitzsimmons to file, by **OCTOBER 18, 2013**, a supplemental record containing copies of: (1) appellant's August 24,

2011 application for writ of habeas corpus and memorandum of law in support of application for writ of habeas corpus, including all attachments; (2) the State's September 22, 2011 response to the application for writ of habeas corpus, including all attachments; and (3) the contents of the file from trial court no. F03-34685-R.

**FAILURE OF GARY FITZSIMMONS, DALLAS COUNTY DISTRICT CLERK, TO FILE THE SUPPLEMENTAL RECORD CONTAINING THE ENUMERATED DOCUMENTS BY THE DATE HEREIN SET FORTH MAY RESULT IN THE ISSUANCE OF A SHOW CAUSE ORDER AND/OR A JUDGMENT OF CIVIL AND CRIMINAL CONTEMPT.**

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, Gary Fitzsimmons, Dallas County District Clerk.

We further **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Mark Stoltz, Presiding Judge, 265th Judicial District Court; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/     DAVID L. BRIDGES
PRESIDING JUSTICE